Argued June 10, affirmed June 15, 1966

# STATE OF OREGON *v.* CLAUDE L. JOHNSON

415 P. 2d 519

*Oscar D. Howlett,* Portland, argued the cause and filed a brief for appellant.

*Jacob B. Tanzer,* Deputy District Attorney, Portland, argued the cause for respondent. On the brief were George Van Hoomissen, District Attorney, and George M. Joseph, Deputy District Attorney, Portland.

Before Goodwin, Presiding Justice, and Denecke, Holman, Lusk and Schwab, Justices.

PER CURIAM.

The defendant was convicted by the trial court, sitting without a jury, of the crime of being an ex-convict in possession of a firearm. He contends that the trial court erred in failing to grant his motion for a judg-

ment of acquittal because the trier of fact would have to find that the defendant was so drunk and irrational that he could not form the requisite intent.

There was evidence from which the trier of fact could find that the defendant had the requisite intent.

Affirmed.